1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9    DELBERT WILLIAMS,

10          Petitioner,                    No. CIV S-06-2208 FCD DAD P

11          vs.

12   DEPARTMENT OF EDUCATION, et al.,

13          Respondents.                   <u>ORDER</u>

14   _____/

15          Petitioner, a state prisoner at California Medical Facility - Vacaville, has filed

16   what appears to be a  petition for a writ of habeas corpus.  Petitioner has used a California

17   Judicial Council form and submits only the first two pages of the form petition which he titles,

18   "A Refieling [sic] New Appeal."  No other pleadings have been filed by the petitioner.  In order

19   to commence an action, petitioner must file a petition for a writ of habeas corpus as required by

20   Rule 3 of the Federal Rules of Civil Procedure, and petitioner must either pay the required filing

21   fee or file an application requesting leave to proceed in forma pauperis.  <u>See</u> 28 U.S.C.

22   §§ 1914(a), 1915(a).  The court will not issue any orders granting or denying relief until an action

23   has been properly commenced.  Petitioner will be provided the opportunity to file an amended

24   petition, and to submit an application requesting leave to proceed in forma pauperis or to submit

25   the appropriate filing fee.

26   /////

1

1    Petitioner is also advised that a federal habeas petition is used to challenge the fact

2  or duration of petitioner's custody with the anticipation that a favorable disposition will result in

3  an earlier release.  See Preiser v. Rodriguez, 411 U.S. 475 (1973); Young v. Kenny, 907 F.2d 874

4  (9th Cir. 1990).  A habeas petitioner must name the state officer having custody of him as the

5  respondent to the petition.  See Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir.

6  1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254).

7    In accordance with the above, IT IS HEREBY ORDERED that:

8    1.  Petitioner is granted thirty days from the date of service of this order to file an

9  amended petition that complies with the requirements of the Civil Rights Act, the Federal Rules

10  of Civil Procedure, and the Local Rules of Practice; the amended petition must bear the docket

11  number assigned this case and must be labeled "Amended Application;" petitioner must use the

12  form petition provided by the court; petitioner must file an original and two copies of the

13  amended petition.  Petitioner shall also submit, within thirty days from the date of this order, the

14  application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing

15  fee in the amount of $5.00.  Petitioner's failure to comply with this order will result in a

16  recommendation that this matter be dismissed; and

17    2.  The Clerk of the Court is directed to send petitioner the court's form for filing

18  a petition for writ of habeas corpus, and the application to proceed in forma pauperis by a

19  prisoner.

20  DATED: October 12, 2006.

21

22  _____

23  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

24  DAD:bb/4
    will2208.nop

25

26

2