IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT WILLIAMS,

     Petitioner,                        No. CIV S-06-2208 FCD DAD P

     vs.

DEPARTMENT OF EDUCATION, et al.,

     Respondents.                   <u>ORDER</u>

/

        On March 26, 2008, petitioner filed a document styled, "Appeal For Extensio[n]," which the court construes as petitioner's request for additional time to file his objections to the findings and recommendations, filed on March 17, 2008.  Filed concurrently with petitioner's request for an extension of time is a document styled, "Objections and Opions [sic] and Recomendations [sic]," in which petitioner contends that the he is attempting to bring an action against the Volunteers of Vacaville Blind Project.  Petitioner is advised that the above captioned case is proceeding as a habeas action pursuant to 28 U.S.C. § 2254.  The court will provide petitioner with additional time to file his objections to the findings and recommendations; however, if petitioner wishes to pursue a state action or a federal civil rights action, he must file a new civil action with the appropriate court.

/////

1

  Accordingly, IT IS HEREBY ORDERED that:

  1. Petitioner's March 26, 2008 request for an extension of time is granted; and

  2. Petitioner is granted thirty days from the date of this order in which to file his objections to the March 17, 2008 findings and recommendations.

DATED: April 16, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
will2208.eot12