IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELBERT WILLIAMS,

        Petitioner,                    No. CIV S-06-2208 FCD DAD P

    vs.

DEPARTMENT OF EDUCATION, et al.,

        Respondents.            <u>ORDER</u>

        Petitioner, a state prisoner proceeding pro se, has filed a second amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 17, 2008, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner filed objections to the findings and recommendations on March 26, 2008. On April 17, 2008, the court granted petitioner leave to file further objections to the March 17, 2008 findings and recommendations. Petitioner failed to do so.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the

1

1  entire file, the court finds the findings and recommendations to be supported by the record and
2  by proper analysis.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1.  The findings and recommendations filed March 17, 2008, are adopted in full;
5  and
6          2.  Petitioner's second amended petition for a writ of habeas corpus, filed on
7  March 4, 2008, is dismissed for failure to exhaust state remedies.
8  DATED: May 30, 2008.

                FRANK C. DAMRELL, JR.
                UNITED STATES DISTRICT JUDGE